# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 10, 2023

## NO. 03-23-00019-CR

**John Phillip Bender, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM THE 331ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, KELLY, AND SMITH
DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE BAKER**

---

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 10, 2023

## NO. 03-23-00020-CR

**John Phillip Bender, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 331ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, KELLY, AND SMITH
### DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE BAKER

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.